JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Brian Whitaker | ) | 2:20-cv-01016-RSWL-ASx |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING CASE |
| Pacific Coast Taco, Inc. et al | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    On April 15, 2020, the Court ordered counsel to Show Cause [15] why this action should not be dismissed for lack of prosecution. To date, counsel has not complied with this order.

    Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

    IT IS SO ORDERED.

Dated: April 27, 2020              s/ RONALD S.W. LEW
                                         HONORABLE RONALD S. W. LEW
                                         U.S. District Judge